IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Michael P. Dolbec | ) | Case No. 25-30154 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Northwoods Lumber Company | ) | |
| | ) | Adv. Case No. 25-07023 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael P. Dolbec | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION TO DISMISS</u>**

NOTICE IS HEREBY GIVEN that Michael P. Dolbec has filed a motion to dismiss this adversary proceeding. A copy of the motion is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the granting of the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the giving of this notice. Any objections not filed and served may be deemed waived.

*[Signature Block and Certificate of Service on Following Page]*

Respectfully Submitted,

Dated: August 18, 2025  By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2