IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30154 |
| | ) | (Chapter 7) |
| Michael P. Dolbec | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Northwoods Lumber Company, Inc. | ) | |
| | ) | Adv. Case No. 25-07023 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael P. Dolbec | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please note the appearance of Christianna A. Cathcart of The Dakota Bankruptcy Firm as counsel for Defendant Michael P. Dolbec, and serve all pleadings and court papers upon undersigned counsel.

Respectfully Submitted,

Dated: August 25, 2025     By:     /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.