# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-30154 |
| Michael P. Dolbec, | Chapter 7 |
| Debtor. | |
| _____/ | |
| Northwoods Lumber Company, | Adversary Case No. 25-07023 |
| Plaintiff, | |
| v. | |
| Michael P. Dolbec, | |
| Defendant. | |
| _____/ | |

## ORDER DISMISSING ADVERSARY PROCEEDING

On August 18, 2025, Defendant/Debtor Michael P. Dolbec filed a Motion to Dismiss Adversary Proceeding. Doc 9. The Court received no objections. Upon review the motion and documents filed in this case, the Court finds cause for granting the relief Debtor seeks. **IT IS ORDERED** that Debtor's Motion to Dismiss is granted. This case is dismissed.

Dated this 11th day of September, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court