United States Bankruptcy Court

District of North Dakota

Northwoods Lumber Company,

    Plaintiff

Adv. Proc. No. 25-07023-skh

Dolbec,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2
Date Rcvd: Sep 11, 2025     Form ID: pdf2some     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

**Recip ID**      **Recipient Name and Address**
dft      + Michael P. Dolbec, 503 Greenfield Ln, Bismarck, ND 58503-8252

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

**Name**      **Email Address**

Christianna A. Cathcart
     on behalf of Defendant Michael P. Dolbec christianna@dakotabankruptcy.com
     Cathcart.ChristiannaB114029@notify.bestcase.com

Collin P. Poolman
     on behalf of Plaintiff Northwoods Lumber Company cpoolman@vogellaw.com

Kesha Tanabe
     on behalf of Plaintiff Northwoods Lumber Company ktanabe@vogellaw.com
     sthompson@vogellaw.com;jschares@vogellaw.com

Maurice VerStandig
     on behalf of Defendant Michael P. Dolbec mac@mbvesq.com
     mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

District/off: 0868-3 User: admin Page 2 of 2
Date Rcvd: Sep 11, 2025 Form ID: pdf2some Total Noticed: 1
TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-30154 |
| | Chapter 7 |
| Michael P. Dolbec, | |
|     Debtor. | |
| _____/ | |
| Northwoods Lumber Company, | Adversary Case No. 25-07023 |
|     Plaintiff, | |
| v. | |
| Michael P. Dolbec, | |
|     Defendant. | |
| _____/ | |

### ORDER DISMISSING ADVERSARY PROCEEDING

On August 18, 2025, Defendant/Debtor Michael P. Dolbec filed a Motion to Dismiss Adversary Proceeding. Doc 9. The Court received no objections. Upon review the motion and documents filed in this case, the Court finds cause for granting the relief Debtor seeks.  **IT IS ORDERED** that Debtor's Motion to Dismiss is granted.  This case is dismissed.

Dated this 11th day of September, 2025.

                                <u>/s/ Shon Hastings</u>
                                Shon Hastings, Judge
                                United States Bankruptcy Court